UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                 :

MAXL, LLC et al.,                                                                     :

                      Plaintiffs,               :

                                 :          26-CV-2603 (JMF)
       -v-                                                                  :
                                 :          <u>UNSEALING ORDER</u>

THE INDIVIDUALS, CORPORATIONS, LIMITED     :
LIABILITY COMPANIES,PARTNERSHIPS, AND       :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A,                                                            :
                                 :

                     Defendants.            :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On Plaintiffs' April 24, 2026 application, this case is hereby UNSEALED.  Plaintiffs shall ensure that unredacted versions of all documents filed to date appear on the public docket by **May 1, 2026** – whether that is done by filing the documents anew or by working with the Clerk's Office (through the ECF Help Desk).

        SO ORDERED.

Dated: April 24, 2026
       New York, New York                         JESSE M. FURMAN
                                      United States District Judge